# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>     vs.<br><br>DELEON PEDRO-MATEO (1),<br><br>                   Defendant. | CASE NO. 12CR2129-BEN<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the Information:

TITLE 8 U.S.C. §1326(a).

---

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 6, 2012

                                            Roger T. Benitez
                                            U.S. District Judge

**FILED**

AUG - 8 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY